FILED
SEPTEMBER 27, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case: 1:10-cv-04891 Document #: 6 Filed: 09/27/10 Page 1 of 5 PageID #:14

RECEIVED
AUG 4 2010
8-4-10
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIMBERLY JONES #20100513185

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY OF ILLINOIS

SHERIFF TOM DART

SERGEANT D. RODRIGUEZ #838

OFFICER Y. HOUSER #3003

COOK COUNTY DEPT. OF CORRECTIONS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

10 C 4891
Judge Blanche M. Manning
Magistrate Judge Young B. Kim

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: __NONE__

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 05-17-10 AT APPROXIMATELY 19:50 HRS. IN THE FEMALE RECEIVING BULLPEN 24 SERGEANT RODRIGUEZ #838 AND OFFICER HOUSER #3003 ENTERED THE BULLPEN AND SGT. RODRIGUEZ VICIOUSLY INJURED AND ATTACKED MYSELF BY PUNCHING ME MULTIPLE TIMES IN THE FACE AND HEAD, CHOKING ME UNTIL I PASSED OUT, DRAGGING ME ALONG THE FLOOR BY THE NECK OF MY UNIFORM AND BY THE HANDCUFFS AND KICKING ME AS I LIE ON THE FLOOR HANDCUFFED FROM BEHIND. SGT. RODRIGUEZ THEN WROTE A FALSE DISCIPLINARY REPORT SAYING THAT I VICIOUSLY ATTACKED HIM. OFC. HOUSER, WHO HAD STOOD BY AND WATCHED SGT. RODRIGUEZ ATTACK ME SIGNED THE FALSE REPORT AS A WITNESS. THIS ATTACK HAPPENED IN THE PRESENCE OF OVER FORTY FEMALE DETAINEES IN WHICH SOME OF THEM WERE STRUCK BY SGT. RODRIGUEZ AS HE STRUCK ME. THERE IS ALSO VIDEO SURVEILLANCE IN THE BULLPEN AREA. THERE IS A MOVEMENT SHEET THAT WILL HAVE A COMPLETE LISTING OF ALL THE DETAINEES THAT WERE PRESENT AT THE TIME OF THE ATTACK. I HAVE OBTAINED THE FOLLOWING NAMES OF DETAINEES THAT WERE PRESENT: MARCIE CRUZ, LATICIA ROBERTS, MICHELLE BENNETT (IDOC), REBECCA SPELZ (IDOC), DELINDA GORDON (IDOC), KRISTEN BENSON (HOME), AND GEORGEANN VILLAREAL. I OBTAINED THE FOLLOWING INJURIES DURING THE ATTACK, CONTUSIONS ON MY FOREHEAD AND HEAD, SORE RIBS AND BACK, SWOLLEN AND BRUISED EYES AND JAW, BLURRED VISION AND A TWITCH IN MY RIGHT EYE, A SORE RIGHT KNEE AND

Revised 9/2007

MENTAL AND EMOTIONAL DAMAGE. I ALSO HAVE MAJOR HEADACHES AND DIZZY SPELLS. SGT. RODRIGUEZ FAILED TO TELL THE HOSPITAL EMERGENCY STAFF THAT HE HAD BADLY BEATEN ME. I ALSO HAVE PERMANENT BRUISES AND MARKS ON MY WRISTS FROM BEING DRUG BY THE HANDCUFFS.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM ASKING THE COURT TO FIND IN MY FAVOR AND ORDER THAT I BE AWARDED A TOTAL OF THREE MILLION DOLLARS FOR PAIN AND SUFFERINNG, EMOTIONAL AND PUNITIVE DAMAGES.

VI. The plaintiff demands that the case be tried by a jury. [X] YES [ ] NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29th day of July, 2010

*(Signature of plaintiff or plaintiffs)*

Kimberly E. Jones
(Print name)

20100513185
(I.D. Number)
COOK COUNTY DEPARTMENT OF CORRECTIONS

P.O. BOX 089002

CHICAGO, IL 60608

(Address)